**Mark F. Anderson** (SBN 44787)
Kan Tung Donohoe (SBN 197785)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorney for Plaintiff Barbara Wardrobe-Fox

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**BARBARA WARDROBE-FOX,**

Plaintiff,

v.

**NCO FINANCIAL SYSTEMS, INC.,**

Defendants.

Case No.2:05--CV-01447 WBS JFM

APPEARANCE OF ATTORNEY AND SUBSTITUTION OF ATTORNEY FOR PLAINTIFF IN PRO PER AND ORDER

Plaintiff Barbara Wardrobe-Fox has heretofore been proceeding in pro per. She has now retained attorney Mark F Anderson to represent her in this action.

Dated: December 29, 2005.

/s/Barbara Wardrobe –Fox

Dated: December 29, 2005.

I hereby consent to this substitution.

/s/Mark F Anderson

Mark F. Anderson

email: mark@kabolaw.com

Kemnitzer, Anderson, Barron & Ogilvie LLP

**ORDER**

The Court hereby approves the appearance of attorney Mark F Anderson in this action and substitution in place of plaintiff Barbara Wardrobe-Fox in pro per.

Dated: January 26, 2006.

UNITED STATES MAGISTRATE JUDGE

/wardrobe.sub