UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BARBARA JEAN WARDROBE-FOX,

    Plaintiff,

  v.                          NO. CIV. 2:05-CV-1447 WBS JFM

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

----oo0oo----

AMENDED STATUS (PRETRIAL SCHEDULING) ORDER

This matter having been referred back by the Magistrate Judge, and the parties having requested a continuance of the original dates as set forth in the status order of December 12, 2005, it is hereby ordered as follows.

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b). See <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604 (9th Cir. 1992).

1         III.  JURISDICTION/VENUE
2             Jurisdiction is predicated upon 28 U.S.C. § 1331
3  (federal question)and 15 U.S.C. § 1692, et seq. (Fair Debt
4  Collection Practices Act). The plaintiff states that she would
5  have preferred this matter remain in local state small claims
6  court.  Venue is undisputed and hereby found to be proper.
7         IV.  DISCOVERY
8             The parties have stipulated that all discovery is left
9  open, save and except that it shall be so conducted as to be
10 completed by  June 1, 2006.  The word "completed" means that all
11 discovery shall have been conducted so that all depositions have
12 been taken and any disputes relative to discovery shall have been
13 resolved by appropriate order if necessary and, where discovery
14 has been ordered, the order has been obeyed.  All motions to
15 compel discovery must be noticed on the magistrate judge's
16 calendar in accordance with the local rules of this court and so
17 that such motions may be heard (and any resulting orders obeyed)
18 not later than June 1, 2006.
19        V.  MOTION HEARING SCHEDULE
20            Motions pertaining to discovery matters shall be filed
21 on or before July 13, 2006. Dispositive motions shall be noticed
22 to be heard by August 10, 2006.  All motions shall be noticed for
23 the next available hearing date.  Counsel are cautioned to refer
24 to the local rules regarding the requirements for noticing and
25 opposing such motions on the court's regularly scheduled law and
26 motion calendar.
27        VI.  FINAL PRETRIAL CONFERENCE
28            The Final Pretrial Conference is set for September 25,

2

2006 at 10:00 a.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been tendered to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VII.  TRIAL SETTING

The jury trial is set for December 12, 2006, at 9:00 a.m. in Courtroom No. 5.

VIII.  SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

1   All parties should be prepared to advise the court
2 whether they will stipulate to the trial judge acting as
3 settlement judge and waive disqualification by virtue thereof.
4   Counsel are instructed to have a principal with full
5 settlement authority present at the Settlement Conference or to
6 be fully authorized to settle the matter on any terms. At least
7 seven calendar days before the Settlement Conference counsel for
8 each party shall submit a confidential Settlement Conference
9 Statement for review by the settlement judge. If the settlement
10 judge is not the trial judge, the Settlement Conference
11 Statements shall not be filed and will not otherwise be disclosed
12 to the trial judge.
13   IX.   MODIFICATIONS TO SCHEDULING ORDER
14   Any requests to modify the dates or terms of this
15 Scheduling Order, except requests to change the dates of the
16 final Pretrial Conference or trial, may be heard and decided by
17 the assigned Magistrate Judge. All requests to change the dates
18 of the Pretrial Conference and/or trial shall be heard and
19 decided only by the undersigned judge.
20 DATED:   April 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE