Mark F. Anderson (SBN 44787)
Kan Tung Donohoe (SBN 197785)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorney for Plaintiff Barbara Wardrobe-Fox

**FILED**

JUN - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA WARDROBE-FOX,

    Plaintiff,

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

Case No.2:05--CV-01447 WBS JFM

STIPULATION TO RESET MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO MODIFY THE PRETRIAL SCHEDULING ORDER and (proposed) ORDER

Whereas, on May 17, 2006, plaintiff filed a motion to withdraw as counsel for the plaintiff with the motion to be heard on June 26, 2006;

Whereas, the plaintiff has informed plaintiff's counsel that she is not available that date having plans to be on vacation;

Whereas, the next available motion date is July 24, 2006;

Whereas, the Amended Status (Pretrial Scheduling) Order dated April 10, 2006, states that dispositive motions shall be heard by August 10, 2006;

Whereas, plaintiff or her substitute counsel will need time to respond to any dispositive motions;

Stip re Mot to Withdraw and Mod Pretrail Order, *Wardrobe-Fox v NCO*                                    1

Whereas, because defendant NCO Financial Services, Inc. may wish to take the plaintiff's deposition, NCO Financial asks that the discovery completion date be reset to September 4, 2006, and any discovery motions be noticed to be heard by September 18, 2006;

IT IS HEREBY STIPULATED by and between counsel that plaintiff's motion to withdraw as counsel for plaintiff shall be heard on Monday, July 24, 2006, at 1:30 PM in Courtroom 5, that the discovery completion date be reset to September 4, 2006, that discovery motions and dispositive motions shall be noticed to be heard by September 18, 2006; and that the Final Pretrial Conference shall be continued from September 25, 2006, to October 23, 2006, at 1:30 PM in Courtroom 5.

Dated: May 25, 2006.

/s/Mark F Anderson
Mark F. Anderson
email: mark@kabolaw.com
Kemnitzer, Anderson, Barron & Ogilvie LLP

Dated: May 25, 2006.

/s/ Debbie P Kirkpatrick
Attorney for NCO Financial Systems, Inc.
email: Debbie@dpklawoffice.com

//
//
//
//
//
//

Page 2 of Stipulation and Order in *Wardrobe-Fox v NCO Financial Systems, Inc.*

## ORDER

Pursuant to stipulation and for good cause shown, plaintiff's motion to withdraw as counsel for plaintiff shall be heard on Monday, July 24, 2006, at 1:30 PM in Courtroom 5 and the Amended Status (Pretrial Scheduling) Order shall be modified as follows: The discovery completion date is hereby reset to September 4, 2006, any discovery or dispositive motions shall be noticed to be heard by September 18, 2006, and the Final Pretrial Conference shall take place on October 23, 2006, at 1:30 PM in Courtroom 5.

Dated: ~~May~~ 6/9, 2006.

_____
Judge of the United States District Court

Stip re Mot to Withdraw and Mod Pretrail Order, *Wardrobe-Fox v NCO*                                    3