**Mark F. Anderson** (SBN 44787)
**Kan Tung Donohoe** (SBN 197785)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Barbara Wardrobe-Fox

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA WARDROBE-FOX**, ) | CIV NO. 2:05-CV-1447 WBS JFM PS |
| )  Plaintiff, ) | ORDER FOR DISMISSAL OF |
| ) | PLAINTIFF'S CLAIMS AGAINST |
| v. ) | NCO FINANCIAL SYSTEMS, INC. |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.**, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against the sole defendant NCO Financial Systems, Inc. is dismissed with prejudice and without costs to any party.

Dated:   July 7, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order for  Dismissal in *Wardrobe-Fox v NCO Financial Systems, Inc.*

1

PDF created with pdfFactory trial version www.pdffactory.com